IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NADINE F. JENKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-4173 |
| | § | |
| LONE STAR COLLEGE SYSTEM, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This court previously referred this case to mediation before Magistrate Judge Mary Milloy based on the plaintiff's representation that her motion for referral was unopposed by the defendant. (Docket Entry No. 26). The defendant has filed a status report informing the court that it is, in fact, opposed to mediation. (Docket Entry No. 27). It appears that the plaintiff's representation that the motion was unopposed was based on defendant's counsel's failure to respond to an inquiry from plaintiff's counsel as to whether the defendant objected to the motion. (*See id.*, ¶ 5).

Because the defendant does not believe that there is a reasonable expectation that the disputes in this case may be resolved through mediation, (*id.*, ¶ 7), the order referring this case to mediation is vacated.

SIGNED on April 13, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge