IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NADINE F. JENKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-4173 |
| | § | |
| LONE STAR COLLEGE SYSTEM, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

This court previously granted the plaintiff's motion referring this case to mediation on the plaintiff's representation that the motion was unopposed. (Docket Entry No. 26). After the defendant filed a status report informing the court that it was opposed to mediation because it did not believe that there is a reasonable expectation that the disputes in this case could be resolved through mediation, (Docket Entry No. 27, ¶ 7), the court vacated its order referring this case to mediation, (Docket Entry No. 28). The plaintiff has moved for reconsideration of this order. (Docket Entry No. 29). The plaintiff argues that the court should compel mediation, despite the defendant's belief that this case reasonably cannot be resolved through mediation, because she serves as the primary caregiver to two immediate family members. (*Id.*, ¶ 2). That argument is unavailing; it does not address the defendant's position that mediation would not be useful. Nor is plaintiff's belief that "any settlement demand put forward on Plaintiff's behalf would be highly reasonable, realistic, and specifically targeted towards reaching a settlement" sufficient to compel mediation. (*Id.*). Mediation is not required for the plaintiff to propose such a settlement to the defendant.

Based on the present record, this court cannot agree with the plaintiff that there is a reasonable expectation that this case may be resolved through mediation. The motion for reconsideration is denied.

Additionally, the court notes that the plaintiff has not responded to the defendants' summary-judgment motions. (Docket Entry Nos. 20–21). Such responses were due on March 19, 2012. The time for responding is extended. The response must be filed by April 27, 2012.

SIGNED on April 16, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge