IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NADINE F. JENKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-4173 |
| | § | |
| LONE STAR COLLEGE SYSTEM, | § | |
| | § | |
| Defendant. | § | |

# ORDER

The defendant's motion for reconsideration, (Docket Entry No. 31), is denied.

SIGNED on April 23, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge